NICOLA T. HANNA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
MELISSA BRIGGS (Cal. Bar No. 320697)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-6165
    Facsimile: (213) 894-0115
    E-mail: melissa.briggs2@usdoj.gov

Attorneys for Defendant United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WYLMINA HETTINGA, | No. 2:18-cv-00150-R-AFM |
| Plaintiff, | JUDGMENT |
| v. | |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

JUDGMENT is entered in favor of Wylmina Hettinga and against the United States of America in the total amount of $24,517.40, plus interest, as follows:

- $2,095 as an income tax refund for the 2011 tax year;
- $1,450 as an income tax refund for the 2013 tax year;
- $10,656.70 as a refund of civil fraud penalties for the 2011 tax year;
- $4,791.05 as a refund of civil fraud penalties for the 2012 tax year; and
- $5,524.65 as a refund of civil fraud penalties for the 2013 tax year.

*See* Doc. 85.

JUDGMENT is entered in favor of the United States of America and against Wylmina Hettinga as to the remaining $40,485.60 of plaintiff's refund claims for the 2011, 2012, and 2013 income tax years.

JUDGMENT is also entered in favor the United States of America, Shashank Paliwal, Timothy Loumena, Pamela Kennedy, Walter P. Hammond, Travis I. Krepelka, Scott Raley, Jeanie O'Connor, and Chicago Title Company based on this Court's prior dismissals of plaintiff Wylmina Hettinga's other claims. *See* Docs. 56, 63.

IT IS SO ORDERED.

Dated: May 30, 2019

HON. MANUEL L. REAL
United States District Judge